UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-805-TBR

ADAM EMBERSON
KRISTIN EMBERSON                                                                    PLAINTIFFS

V.                                             ORDER

MEDTRONIC, INC., *et al.*                                                           DEFENDANTS

A telephonic conference was held on July 25, 2017.

Appearances:
For the plaintiff:    NO APPEARANCE
For the defendant:    Carol D. Browning
                      Chadwick A. McTighe
                      Judd R. Uhl
                      Brett Godfrey (called in after the conf)

**IT IS ORDERED.**

A **show cause telephonic conference** as to why the case should not be dismissed is set **August 17, 2017 at 12:30 p.m. Eastern Time.**

Counsel and plaintiffs must call **1-877-848-7030** then give the **Access Code 2523122 and #, then when prompted press # again** to join the call.

**Failure of plaintiffs to be present on the August 17, 2017 phone call will result in a dismissal of the action**.

cc:    Counsel

P 05

Mailed to:

Adam Emberson

Kirstin Emberson

4736 Glenrose Road

Louisville, KY 40229