UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-805-TBR

ADAM EMBERSON
KRISTIN EMBERSON                                                            PLAINTIFFS

V.                          ORDER OF DISMISSAL

MEDTRONIC, INC., *et al.*                                                   DEFENDANTS

A telephonic show cause conference was held on August 17, 2017.
Appearing by phone:
For the plaintiffs:     No appearance
For the defendants:     Chadwick A. McTighe
                        Judd R. Uhl
                        Brett M. Godfrey
                        John William Walters

Terri Turner, Court Reporter

The Court held a telephonic conference on July 25, 2017. No one appeared on behalf of the plaintiffs at the July 25, 2017 conference. The Court set a telephonic show cause conference for August 17, 2017 and no one appeared on behalf for the plaintiffs. The Court mailed notices of these proceedings to plaintiffs to the last known address for plaintiffs and no mail was returned as undeliverable.

Finding that plaintiffs failed to prosecute this action, the Court will dismiss this action. The motion at Docket #25 is now Moot.

**IT IS ORDERED** that said action is **DISMISSED** from the docket without prejudice.


cc: Counsel

Mailed to:

Adam Emberson
Kristin Emberson
4736 Glenrose Road
Louisville, KY 40229
P/17